In the Matter of the Estate of FRANCIS HUBER, Deceased.
LILLIAN M. BURKE, as Executrix of GUSTAVE LANGE, JR.,
Deceased, Appellant; FRANCIS HUBER, JR., et al.,
Respondents.

Argued October 8, 1940; decided November 13, 1940.

*Benjamin E. Messler* and *Robert C. Bryan* for appellant.
*Kenneth R. Strickland, Joshua D. Jones* and *Alexander R. Kellegrew* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.